# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHRISTAKIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>        Defendants. | Case No. 06-cv-0953 AWI TAG<br><br>ORDER DIRECTING THE<br>UNITED STATES ATTORNEY'S<br>OFFICE TO SUBMIT STATUS REPORT |

Plaintiff Michael Christakis ("Plaintiff"), a federal prisoner proceeding pro se, filed a complaint in the United States District Court for the District of Columbia on December 29, 2005. Plaintiff alleges that the defendants have violated provisions of the Administrative Procedures Act, 5 U.S.C. § 702 et seq. (Doc. 1, Part 2, complaint). Pursuant to a June 26, 2006, court order, this case was transferred to the District Court for the Eastern District of California, Fresno Division, on July 24, 2006. (Doc. 1).

As of April 9, 2007, the United States Attorney's Office has not appointed one of its local attorneys to appear on behalf of the defendants or filed a responsive pleading to Plaintiff's complaint. Accordingly, for good cause, the United States Attorney's Office is DIRECTED to file a status report within forty-five (45) days of the date of service of this order.

IT IS SO ORDERED.

Dated:  **April 13, 2007**                                                      **/s/ Theresa A. Goldner**
                                                                                             UNITED STATES MAGISTRATE JUDGE