**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL CHRISTAKIS,** )<br>    ) <br>      Plaintiff, ) <br>    ) <br>   v.  ) <br>    ) <br>**FEDERAL BUREAU OF PRISONS,** ) <br>    ) <br>      Defendant. ) <br>_____ ) | 1:06-CV-0953 AWI GSA <br><br>**ORDER FOR PLAINTIFF TO**<br>**FILE AN OPPOSITION** |

     This action was originally filed in the United States District Court for the District of Columbia. This action was later transferred to this court. The operative pleading appears to be an amended complaint filed in the District of Columbia on February 23, 2006. This pleading appears to be a complaint for declaratory and injunctive relief pursuant to the Administrative Procedure Act.

     On November 15, 2007, Defendant filed a document entitled an answer by motion to dismiss. A review of this document reveals that it is a motion to dismiss a petition for writ of habeas corpus. While this action is not currently proceeding as a petition for writ of habeas corpus, Defendant's November 15, 2007 filing is in fact a motion to dismiss this action. Plaintiff has never filed any opposition or statement of non-opposition to Defendant's motion. It is unclear if Plaintiff did not realize Defendant had moved to dismiss this case or if Plaintiff has abandoned this action. Thus, the court will direct Plaintiff to file a response to Defendant's motion.

Accordingly, the court ORDERS that:

1. Plaintiff shall file any opposition to Defendant's November 15, 2007 motion to dismiss by February 22, 2008; and
2. Plaintiff is FOREWARNED that failure to file any opposition or other response may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   **January 29, 2008**                       /s/ **Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE