IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHRISTAKIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>_____) | 1:06-CV-0953 AWI GSA<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>ADDITIONAL TIME TO FILE<br>AN OPPOSITION<br><br>(Document #20) |

   This action was originally filed in the United States District Court for the District of Columbia.   This action was later transferred to this court.   The operative pleading appears to be an amended complaint filed in the District of Columbia on February 23, 2006.   This pleading appears to be a complaint for declaratory and injunctive relief pursuant to the Administrative Procedure Act.

   On November 15, 2007, Defendant filed a document entitled an answer by motion to dismiss.   A review of this document reveals that it is a motion to dismiss.   When Plaintiff did not file any opposition or statement of non-opposition to Defendant's motion, on January 29, 2008 the court directed Plaintiff to file a response to Defendant's motion.

   On February 20, 2008, Plaintiff filed a motion for extension of time to file an opposition to Defendant's motion.   Plaintiff states that he was not served with a copy of Defendant's motion to dismiss until February 13, 2008.   Good cause having been presented to the court, Plaintiff's motion will be granted.

Accordingly, the court ORDERS that:

1. Plaintiff's motion for an extension of time is GRANTED;
2. Plaintiff shall file any opposition to Defendant's November 15, 2007 motion to dismiss by March 24, 2008;
3. Defendant shall file any reply brief by April 7, 2008; and
4. Plaintiff is FOREWARNED that failure to file any opposition or other response may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   February 22, 2008            /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2